# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC | : No. 2 EAP 2024 |
| | : |
| | : Appeal from the Order of the |
| v. | : Commonwealth Court entered on |
| | : January 16, 2024, at No. 418 MD |
| | : 2018. |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF REVENUE, AND CITY | : |
| OF PHILADELPHIA, | : |
| | : |
| | : |
| | : |
| APPEAL OF: COMMONWEALTH OF | : |
| PENNSYLVANIA, DEPARTMENT OF | : |
| REVENUE | : |
| | |
| POM OF PENNSYLVANIA, LLC | : No. 5 EAP 2024 |
| | : |
| | : Appeal from the Order of the |
| v. | : Commonwealth Court entered on |
| | : January 16, 2024, at No. 418 MD |
| | : 2018. |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF REVENUE, AND CITY | : |
| OF PHILADELPHIA | : |
| | : |
| | : |
| APPEAL OF: GREENWOOD GAMING AND | : |
| ENTERTAINMENT, INC., D/B/A PARX | : |
| CASINO, DOWNS RACING, L.P., D/B/A | : |
| MOHEGAN SUN POCONO, | : |
| MOUNTAINVIEW THOROUGHBRED | : |
| RACING ASSOCIATION, LLC, D/B/A | : |
| HOLLYWOOD CASINO AT PENN | : |
| NATIONAL RACE COURSE, | : |
| WASHINGTON TROTTING ASSOCIATION, | : |
| LLC, D/B/A HOLLYWOOD CASINO  AT | : |
| THE MEADOWS, CHESTER DOWNS AND | : |
| MARINA, LLC, D/B/A HARRAH'S | : |
| PHILADELPHIA CASINO & RACETRACK, | : |
| AND WIND CREEK BETHLEHEM, LLC, | : |
| D/B/A WIND CREEK BETHLEHEM | : |

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC | : | No. 6 EAP 2024 |
| | : | |
| | : | Appeal from the Order entered in the |
| v. | : | Commonwealth Court on January |
| | : | 16, 2024, at No. 418 MD 2018. |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF REVENUE, AND CITY | : | |
| OF PHILADELPHIA | : | |
| | : | |
| | : | |
| APPEAL OF: PENNSYLVANIA GAMING | : | |
| CONTROL BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 22nd day of July, 2025, the above-captioned appeal at 2 EAP 2024 will be **LISTED FOR ORAL ARGUMENT** on the issue presented by the Department of Revenue at a date and place to be determined. In regard to the appeal at 5 EAP 2024, the order of the Commonwealth Court is **AFFIRMED**. The appeal at 6 EAP 2024 is **QUASHED**.